# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEAVION SYKES**                                                                                **PLAINTIFF**

**v.**                              **CASE NO. 4:25-CV-00953-BSM**

**DOE**                                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE